**Order entered August 31, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00578-CV

## IN RE EQUINOR TEXAS ONSHORE PROPERTIES F/K/A STATOIL TEXAS ONSHORE PROPERTIES LLC; EQUINOR MARKETING & TRADING (US) INC., AND EQUINOR NATURAL GAS, LLC, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03022**

### ORDER
Before Chief Justice Burns, and Justices Partida-Kipness and Reichek

The Court received relators' August 27, 2020 letter providing notice of a hearing on real party in interest's motion for partial summary judgment scheduled in the trial court, and real party's response to the letter. On our own motion, we **STAY** all proceedings in the trial court until further order of this Court.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE